ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 2 3 2025

KEVIN P. WEIMER, Clerk
By: [signature]
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILIASU USUMANU | Criminal Indictment<br><br>No. 1:25CR-430 |

THE GRAND JURY CHARGES THAT:

On or about March 26, 2025, in the Northern District of Georgia, the defendant, ILIASU USUMANU, knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with D.J., a Deportation Officer employed by U.S. Immigration and Customs Enforcement, while D.J. was engaged in the performance of his official duties, and in doing so, did commit an act involving

physical contact with D.J., all in violation of Title 18, United States Code, Section 111(a)(1).

A _True_ BILL

_/s/_
FOREPERSON

THEODORE S. HERTZBERG
*United States Attorney*

*James Hwang*

JAMES Y. HWANG
 *Assistant United States Attorney*
Georgia Bar No. 325783

PHYLLIS CLERK
 *Assistant United States Attorney*
Georgia Bar No. 095325

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000 (tel.)
404-581-6181 (fax)