IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.           )<br>)<br>ILIASU USUMANU          )<br>_____) | CRIMINAL CASE NO.<br>1:25-CR-430-VMC-JEM |

### **ORDER**

The parties filed a joint motion to continue the pretrial conference and extend the filing of the pretrial motions deadline. [Doc. \_\_.]

The joint motion is **GRANTED**. The Defendant shall have until February 3, 2026, to file any necessary pretrial motions. The pretrial conference is hereby rescheduled to **February \_\_\_, 2026, at _____.**

The delay between the original and the rescheduled pretrial conference shall be excluded from Speedy Trial Act calculations because the Court finds that the reason for the delay is for good cause. The interests of justice in granting the continuance outweigh the public's and the defendant's right to a speedy trial. 18 U.S.C. § 3161, *et seq*. The clerk is DIRECTED to exclude time from computation under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(7)(A) & (B)(i).

IT IS SO ORDERED this \_\_\_\_\_ day of _____, 2026.

_____
HON. J. ELIZABETH MCBATH
United States Magistrate Judge